IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


AARON PENDERGRASS                                            PETITIONER

VS.                             CIVIL ACTION NO. 3:13-cv-820(DCB)(MTP)

ARCHIE LONGELY                                               RESPONDENT


ORDER

This cause is before the Court upon the Report and Recommendation of United States Magistrate Judge Michael T. Parker (docket entry 13), to which no objections were filed by either party.  Being fully advised in the premises, the Court finds that the Report and Recommendation, recommending that the Petition for Writ of Habeas Corpus be denied and dismissed with prejudice, should be adopted as the opinion of this Court.

Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker **(docket entry 13)** is adopted as the finding of this Court, and the Petition for Writ of Habeas Corpus (docket entry 1) is denied and dismissed with prejudice.

A separate final judgment shall follow.

SO ORDERED, this the 9th day of March, 2015.


                                    s/David Bramlette
                                    UNITED STATES DISTRICT JUDGE